MARYLAND CASUALTY COMPANY, Respondent, *v.* CHARLES A. BROWN et al., Appellants.

*Maryland Casualty Co.* v. *Brown,* 130 App. Div. 902, affirmed.
(Argued March 30, 1910; decided April 26, 1910.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the first judicial department, entered February 26, 1909, affirming a judgment in favor of plaintiff entered upon a verdict directed by the court and an order denying a motion for a new trial in an action to recover additional premiums alleged to have been earned upon certain policies of insurance.

*Alfred S. Brown* and *Henry A. Himmelmann* for appellants.

*Eugene L. Bushe* and *Frederick E. Fishel* for respondent.

Judgment affirmed, with costs; no opinion.
Concur: CULLEN, Ch. J., GRAY, EDWARD T. BARTLETT and WILLARD BARTLETT, JJ. Dissenting: VANN and CHASE, JJ. Absent: HAIGHT, J.

---

GUSTAV OBENDORFER et al., Respondents, *v.* THE CITY OF NEW YORK, Defendant, and THE EMPIRE STATE SURETY COMPANY, Appellant.

*Obendorfer* v. *City of New York,* 130 App. Div. 877, affirmed.
(Argued March 30, 1910; decided April 26, 1910.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the first judicial department, entered January 15, 1909, affirming a judgment in favor of plaintiffs entered upon a decision of the court at a Trial Term, a jury having been waived, in an action to recover upon a surety bond.

*Ferd. W. Buermeyer* for appellant.

*Henry William Helper* for respondents.

Judgment affirmed, with costs; no opinion.
Concur: CULLEN, Ch. J., GRAY, EDWARD T. BARTLETT, VANN, WILLARD BARTLETT and CHASE, JJ. Absent: HAIGHT, J.